**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **JOSEPH R. TOMELLERI,** | |
| **Plaintiff,** | |
| v. | **Case No.** |
| **RAY STARE d/b/a XTASEA IV SPORTSFISHING** | **JURY TRIAL DEMANDED** |
| **Defendant.** | |

**COMPLAINT**

Plaintiff Joseph R. Tomelleri ("Plaintiff"), by through his counsel of record, and for his complaint against Roy Stare d/b/a XTASEA IV SPORTSFISHING, states as follows:

**JURISDICTION AND VENUE**

1. This claim is brought pursuant to 17 U.S.C. § 101, *et seq.*, for copyright infringement.

2. This Court has original jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a) because this case arises under the copyright laws of the United States. (17 U.S.C. § 101 et seq.).

3. This Court has personal jurisdiction over Defendant because Defendant resides in the State.

4. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(1) because Defendant is located in this judicial district.

**PARTIES**

5. Plaintiff is an adult individual and a resident of the State of Kansas.

6. Defendant is an individual residing in Illinois.

1

## TOMELLERI'S BACKGROUND AND WORKS

7. Plaintiff is an artist and a trained biologist who has spent most of his working life collecting, studying, and illustrating North American fish species.

8. Over a thirty plus (30+) year career, Plaintiff has created over one thousand (1,000) hand drawn illustrations of fish in various life cycles. The illustrations include over nine hundred (900) unique species.

9. Plaintiff's illustrations are used by scientists all over the world, and he is recognized as one of the world's preeminent fresh water fish illustrators.

10. For each illustration, Plaintiff puts in many hours observing, researching, and collecting fish species in the field to prepare for drawing the illustration. Then, drawing the illustration takes Plaintiff many more hours.

11. Plaintiff's work is identifiable by a standard "left-lateral" view, using Prismacolor as the primary medium

12. Plaintiff's illustrations have been published in many scientific studies, journals, books, magazines, and fish identification guides. Ichthyologists often use Plaintiff's illustrations to help better understand fish and their changing ecosystems.

13. Plaintiff is the sole owner and proprietor of all rights, titles, and interest in, and to, the copyrights for illustrations for a number and variety of fish that are at issue in this case (the "Illustrations").

14. Plaintiff is and always has been the exclusive owner of all of his Illustrations.

15. Each of the Illustrations is covered by a copyright registration owned by Plaintiff.

16. The following table individually lists each of Plaintiff's Illustrations at issue and the corresponding registration information.

| No. | Illustration | Reg. # | Reg. Date |
|---|---|---|---|
| 1 | Steelhead | VA 1 163 619 | 11/05/2002 |
| 2 | Chinook Salmon | VA 998 415 | 09/16/1999 |
| 3 | Lake Trout | VA 1 163 619 | 11/05/2002 |
| 4 | Brown Trout | VA 1 163 619 | 11/05/2002 |
| 5 | Coho Salmon | TX 3 082 429 | 05/02/1991 |

**DEFENDANT'S CONDUCT**

17. Defendant owns and operates a fishing charter business in the Chicago, IL area.

18. In order to advertise and promote its business, Defendant maintains a website at the url www.xtaseasportfishing.com (the "Website").

19. Plaintiff discovered that Defendant, without authorization, reproduced and displayed at least five (5) of his original works or their derivatives on the Website – to wit, the Illustrations.

20. Specifically, Defendant used the Illustrations to advertise the species of fish which his customers could catch on his fishing charters.

21. Defendant modified the Illustrations, creating derivative works of the Illustrations.

22. Defendant used the Illustrations to advertise its business and fishing services.

23. Defendant derived revenue from its infringing use of the Illustrations by driving traffic to the Website and consequently increasing sales.

**COUNT I - COPYRIGHT INFRINGEMENT**
**(17 U.S.C. § 501)**

24. Plaintiff restates the allegations contained in the preceding paragraphs 1 through 23 as if fully set forth herein.

25. Plaintiff has valid copyrights and copyright registrations for each of the Illustrations.

26. Defendant has infringed Plaintiff's copyrights in his Illustrations by preparing derivative works based upon the Illustrations.

3

27. Defendant has infringed Plaintiff's copyrights in his Illustrations by reproducing, distributing, and publically displaying unauthorized copies of the Illustrations and/or derivatives thereof.

28. To the extent that Defendant does not acknowledge copying the Illustrations, Defendant had access to the Illustrations and the images used by Defendant are strikingly similar to the Illustrations.

29. As a result of Defendant's above-described acts of copyright infringement, Plaintiff has sustained damages including lost licensing revenue in an amount not yet ascertained, and profits that should be disgorged to Plaintiff.

## **PRAYER FOR RELIEF**

WHEREFORE, for the reasons stated above, Plaintiff prays for judgment against Defendant as follows:

a. Under 17 U.S.C. § 502, grant temporary and final injunctions on such terms as it deems reasonable to prevent or restrain infringement of Plaintiff's copyright.

b. Under 17 U.S.C. § 503, order the impounding and ultimately destruction, on such terms as it may deem reasonable, of any records or material involved in Defendant's copyright infringement.

c. Under 17 U.S.C. § 504, award Plaintiff's actual damages and any additional profits of Defendant, or, if Plaintiff so elects before judgment is entered, award statutory damages.

d. Under 17 U.S.C. § 505, award costs to Plaintiff;

e. Under 17 U.S.C. § 505, as the prevailing party in a Copyright lawsuit, award to Plaintiff reasonable attorneys' fees.

f. Awarding Plaintiff all available pre-judgment and post-judgment interest on all amounts of any judgment; and

g. Grant to Plaintiff such further relief as may be equitable and proper.

## JURY TRIAL DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

**EVANS & DIXON, LLC**

/s/ Jesse Lanshe_____
Jesse Lanshe
303 W. Madison Street, Suite 1900
Chicago, IL 60606
Telephone: (312) 924-7266
Fax: (312) 797-6866
Email: jlanshe@evans-dixon.com

and

Oliver P. Maguire (*pro hac vice* motion forthcoming)
Corporate Woods | Building 82
10851 Mastin Boulevard, Suite 900
Overland Park, KS 66210
Telephone: 913-701-6810
Fax: 913-341-2293
Email: copyright@evans-dixon.com

**ATTORNEYS FOR PLAINTIFF**